IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES O. MOLEN and SANDRA L. ) <br> MOLEN, d/b/a/ TOUCH OF CLASS ) <br> FLORIST, ) <br> ) <br> Defendants. ) | Civil No. S-03-1531 DFL GGH <br><br> **Proposed Order of Substitution of Counsel** |

Upon the request of counsel for the United States, Jacqueline C. Brown, trial attorney with the United States Department of Justice, Tax Division, is hereby substituted for Anne Norris Graham and Rex K. Lee as counsel for the United States.

IT IS SO ORDERED.


Dated:  5/5/2006                      /s/ David F. Levi
                                      Honorable David F. Levi
                                      United States District Judge

Submitted by:

McGREGOR W. SCOTT
United States Attorney


 /s/ Anne Norris Graham                  /s/ Jacqueline C. Brown
ANNE NORRIS GRAHAM                       JACQUELINE C. BROWN
Trial Attorney, Tax Division             Trial Attorney, Tax Division
U.S. Department of Justice               U.S. Department of Justice
Post Office Box 7238                     Post Office Box 7238
Ben Franklin Station                     Ben Franklin Station
Washington, D.C.  20044                  Washington, D.C. 20044
Telephone: (202) 353-4384                Telephone: (202) 616-9482
E-mail: Anne.N.Graham@usdoj.gov          E-mail: Jacqueline.C.Brown@usdoj.gov

Attorneys for Plaintiff