1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   United States,

11          Plaintiff,                        No. CIV S-03-1531 RRB GGH PS

12      vs.

13   James O. Molen, et al.,

14          Defendants.                       ORDER

15   _____/

16          The undersigned hereby recuses himself from this action pursuant to 28 U.S.C.

17   § 455 (a).  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

18   randomly refer this case to another magistrate judge for any further proceedings which may be

19   appropriate or required, and make the appropriate adjustment in the assignment of civil cases to

20   compensate for this reassignment.  All dates set in the above-entitled action before the

21   undersigned are hereby vacated.

22   DATED: July 16, 2012

23                                          /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE
24

25

26   GGH:076/USMolen1531.rec.wpd

1